# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-19-00472-CV

### Willie A. Trent, Appellant

### v.

### Alex Brown, Appellee

### FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 85237, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Willie A. Trent has filed an unopposed motion to dismiss this appeal, explaining that the parties have settled their dispute.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed on Appellant's Motion

Filed:  December 18, 2019